Prob12A
(7/93)

CR 05-10207

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Erin Eckert

**Original Case Number**
District of New Mexico: 2:04CR01962-001

**District of MA Case Number:** 05-10207

**Name of Original Sentencing Judicial Officer:** Honorable Robert C. Brack
U.S. District Judge
District of New Mexico

DOCKETED

**District of Massachusetts Judicial Officer:** To the Honorable Judge assigned.

**Date of Original Sentence:** 6/6/05

**Original Offense:** Possession With Intent to Distribute 50 Kilograms and More of Marijuana, 21 USC §841(b)(1)(C); Conspiracy, 21 USC §846.

**Original Sentence:** 36 Months Probation

**Type of Supervision:** Probation          **Date Supervision Commenced:** 6/6/05

---

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| <u>Violation Number</u> | <u>Nature of Noncompliance</u> |
|---|---|
| 1 | **<u>Violation of standard condition that the defendant shall not commit another federal state or local crime.</u>** |

On 1/5/05, the Probation Office was contacted by detectives from the Medford, MA Police Department who reported that a police report had been filed on the morning of 12/31/05 by Colleen Howe. In that report, Ms. Howe alleged that she had been victimized by the receipt of anonymous calls to her cell phone on the evening of 12/30/05, during which threats were made to kill her and her three month old child for having "ratted out" male offenders previously charged by state authorities in a series of Oxycontin related robberies. It is noted that Ms. Howe had recently testified before a grand jury as to those offenders' roles in said robberies. Both Ms. Howe and a number of the offenders charged in the Oxycontin related robberies are known to the defendant. In Ms. Howe's report to police, she originally identified the voice of the unknown caller to be a male, however, in subsequent interviews/conversations with Medford Police, it was indicated that the perpetrator's voice was intentionally muffled making it difficult to discern the caller's identity.

Subsequent to meeting with the victim, police officers obtained the victim's phone records providing a history of calls placed to the victim on the evening in question, and at the time the victim alleges the threatening calls were made. It is noted that five calls were placed to the victim's cell phone during the period in question. A 27 second call received at 10:23:31



Erin Eckert — -2- — **Report on Offender Under Supervision**
Case Number: 2:04CR01962-001
Prob 12A

PM; an 11 second call received at 10:24:30 PM; a one minute and 40 second call received at 10:25:07 PM; a one minute and 2 second call received at 10:26:59 PM; and a 29 second call received at 11:41:57 PM. All five calls were made from phone number (781) 395-7133. When the Medford Police shared this number with the victim, she identified it as the home phone number of her long-time friend and former drug using associate, the defendant, Erin Eckert. U.S. Probation Department records confirm that this is the defendant's home number. Additionally, as the defendant is currently serving a period of home detention with electronic monitoring, U.S. Probation records confirm that the defendant was at home at the time these calls were made.

The Medford Police Department interviewed the defendant and reported that she did not deny that she called the victim on the evening alleged threats were made, but did deny that she made any threats during the calls. Additionally, since being interviewed by the Medford Police, the defendant has discussed that meeting with this writer. She reported that she denied having made any threats when asked if she had done so by Medford Police. Further, the defendant reported to this writer that she was returning calls made to her by the victim to inform the victim that she wished to terminate their friendship as the defendant reports being committed to her recovery and believes that contact with the victim jeopardizes her recovery. The defendant reports that the victim was resistant to the termination of the friendship.

It is noted that Medford Police are continuing to investigate this matter and have a recording of one of the threatening voice mails left which they are reviewing. Medford Police have advised that a summons will soon be sought to require that the defendant be brought before a state court on the matter of making threats.

<u>U.S. Probation Officer Action:</u> As noted above, this matter remains pending and Medford Police have advised that a summons will be requested to bring the defendant before a state court on this matter. Therefore, it is respectfully recommended that no action be taken by the federal court at this time. The Probation Office will keep the Court apprised of further developments in this case.

Reviewed/Approved by:

Jonathan Hurtig
Supervising U.S. Probation Officer

Respectfully submitted,

By Andrew J. Laudate
Sr. U.S. Probation Officer
Date: 1/9/06

[X] Approved
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

1/4/06
Date