⊗AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

FILED
[CLERK']S OFFICE

2006 AUG -2  A 10: 35

UNITED STATES OF AMERICA

V.

ERIN MARIE ECKERT

**WARRANT FOR ARREST**

Case Number:  05-10207-NG

2006 JUL 27  A 7: 35
U.S. MARSHAL SERVICE
BOSTON MA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **ERIN MARIE ECKERT**
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   ☐ Violation   X Probation Violation Petition

charging him or her     (brief description of offense)

Violation of condition: defendant shall not commit another federal, state or local crime

in violation of  _____  United States Code, Section(s) _____

Richard Nici
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Boston, Massachusetts
Date and Location

Bail fixed at $ _____  by _____
                                    Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 7/31/06 | |